LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 17-06775-BRO (Ex) | Date | January 12, 2018 |
|---|---|---|---|
| Title | Juan Briseno v. G and M Oil Company, Inc. et al | | |

| Present: The Honorable | **VIRGINIA A. PHILLIPS, CHIEF JUDGE** | |
|---|---|---|
| Renee Fisher | NOT REPORTED | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** **(IN CHAMBERS)**

**ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION**

ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION

Plaintiff is ORDERED to show cause why this case should not be dismissed, for lack of prosecution. Link v. Wabash R. Co., 370 U.S. 626 (1962) (court has inherent power to dismiss for lack of prosecution on its own motion). In this matter:

☒ Plaintiffs has failed to file a proof of service within 90 days of the filing of the Complaint. Plaintiff can satisfy this order by showing that service was effectuated within the 90 day deadline or by showing good cause for the failure to do so. Fed. R. Civ. P. 4(m).

☒ The docket reflects that Plaintiff is not actively pursuing this matter. Plaintiff can satisfy this order by filing a Status Report, not to exceed 4 pages, setting forth the current status of the litigation.

Plaintiff must respond to this order within 20 days. Failure to respond to this OSC will be deemed consent to the dismissal of the action.

IT IS SO ORDERED.